BENJAMIN LEONARD v. WILMINGTON, BRUNSWICK AND SOUTHERN
RAILROAD COMPANY.

(Filed 7 November, 1923.)

APPEAL by defendant from *Sinclair, J.,* at January Term, 1923, of
BRUNSWICK.

Civil action tried upon the following issues:

"1. Was the plaintiff injured by the negligence of the defendant rail-
road company, as alleged in the complaint? Answer: 'Yes.'

"2. Did the plaintiff, by his own negligence, contribute to his injury?
Answer: 'No.'

"3. What damage, if any, is plaintiff entitled to recover from the
defendant railroad company? Answer: '$600.' "

Judgment on the verdict for the plaintiff. Defendant appealed.

*C. Ed. Taylor for plaintiff.*
*Robert W. Davis for defendant.*

PER CURIAM. The case below resolved itself into controverted issues
of fact, which the jury has settled by its verdict. No new or novel ques-
tion of law is presented by the appeal, and we have found no error on
the record. The verdict and judgment will be upheld.

No error.